**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**                                    JS-6
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 2:13-cv-06705-WDK-PLA** |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARIA TERESA MONROY, individually and d/b/a EL BUEN SABOR** |
| vs. | |
| **MARIA TERESA MONROY,** | |
| Defendant, | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MARIA TERESA MONROY, individually and d/b/a EL BUEN SABOR, that the above-entitled action is hereby dismissed **without prejudice** against MARIA TERESA MONROY, individually and d/b/a EL BUEN SABOR.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by May 1, 2016, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///
///

**STIPULATION OF DISMISSAL**
**Case No. 2:13-cv-06705-WDK-PLA**
**PAGE 1**

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6

7  **IT IS SO ORDERED**:

8  *[signature]*

9  _____          Dated:        02/22/16

10  **The Honorable William D. Keller**
    **United States District Court**
11  **Central District of California**

12

13

14

15

16

17  ///

18  ///

19  ///

20  ///
21

22  ///

23  ///

24  ///

25
    ///
26
    ///
27

28

**STIPULATION OF DISMISSAL**
Case No. 2:13-cv-06705-WDK-PLA
PAGE 2